Same case below, 621 F.3d 1.

**No. 10-1128. Androme Leather Corporation, Petitioner v. City of Gloversville, New York, et al.**

563 U.S. 961, 131 S. Ct. 2162, 179 L. Ed. 2d 937, 2011 U.S. LEXIS 3266.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 402 Fed. Appx. 663.

**No. 10-1138. Joel D. Joseph, Petitioner v. State Bar of California.**

563 U.S. 961, 131 S. Ct. 2162, 179 L. Ed. 2d 937, 2011 U.S. LEXIS 3320.

April 25, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-1146. Steven C. Denk, Petitioner v. Douglas H. Shulman, et al.**

563 U.S. 961, 131 S. Ct. 2162, 179 L. Ed. 2d 937, 2011 U.S. LEXIS 3286.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 405 Fed. Appx. 65.

**No. 10-1164. Ryan Dean Heath, Petitioner v. United States.**

563 U.S. 961, 131 S. Ct. 2164, 179 L. Ed. 2d 937, 2011 U.S. LEXIS 3352.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 624 F.3d 884.

**No. 10-1165. Rafik M. Hanna, Petitioner v. United States.**

563 U.S. 961, 131 S. Ct. 2164, 179 L. Ed. 2d 937, 2011 U.S. LEXIS 3318.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 630 F.3d 505.

**No. 10-1167. Jeromi Horns Bazuaye, aka Joromi Bazuaye, aka Jeromi Duzuaye, aka Joromi Duzuaye, Petitioner v. United States.**

563 U.S. 961, 131 S. Ct. 2164, 179 L. Ed. 2d 937, 2011 U.S. LEXIS 3249.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 822.

**No. 10-1172. Cellco Partnership, dba Verizon Wireless, et al., Petitioners v. Jim Morris, et al.**

563 U.S. 961, 131 S. Ct. 2165, 179 L. Ed. 2d 937, 2011 U.S. LEXIS 3339.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 630 F.3d 622.